**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00251-CV**

_____

**CHANEL INVESTMENTS, LLC D/B/A PA SERVICE CENTER, Appellant**

**V.**

**CHARLES EWART, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-09-09659 CV**

**MEMORANDUM OPINION**

The appellant, Chanel Investments, LLC d/b/a PA Service Center, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 26, 2015
Opinion Delivered August 27, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.